UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **MUHAMMAD FAIZAN** | **CIVIL ACTION 1:26-CV-00327 SEC P** |
| **VERSUS** | **JUDGE JERRY EDWARDS, JR.** |
| **KRISTI NOEM, ET AL** | **MAGISTRATE JUDGE HORNSBY** |

## ORDER

On February 4, 2026, a **MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** (Doc. No. 2) was filed by Petitioner Muhammad Faizan. This Motion requires a memorandum in support in accordance with **LR7.2**. Mover was notified of this deficiency on February 4, 2026, but has failed to correct it.

Accordingly,

**IT IS ORDERED** that the **MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** (Doc. No. 2) filed by Petitioner Muhammad Faizan on February 4, 2026, be and is hereby **STRICKEN** from the record.

**THUS DONE AND SIGNED** in Alexandria, Louisiana, this 23rd day of February 2026.

_____
**JERRY EDWARDS, JR**
**UNITED STATES DISTRICT JUDGE**